No. 19, Misc. SHERWOOD v. GLADDEN, WARDEN;
No. 271, Misc. FINLEY v. UNITED STATES ET AL.;
No. 287, Misc. WARREN v. TAYLOR, WARDEN; and
No. 334, Misc. FAVORS v. ADAMS, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied. Petitioners *pro se*. *Robert Y. Thornton*, Attorney General of Oregon, and *Robert G. Danielson*, Assistant Attorney General, for respondent in No. 19, Misc.

No. 278, Misc. CLIFTON v. MYERS, SUPERINTENDENT OF STATE PENITENTIARY. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 204, Misc. MATEY v. MARSHALL, COMMON PLEAS COURT JUDGE;
No. 209, Misc. JONES v. GOODMAN, U. S. DISTRICT JUDGE;
No. 242, Misc. KING v. CLEMMER ET AL.;
No. 243, Misc. JOHNSON v. CLEMMER ET AL.; and
No. 282, Misc. DUMOULIN v. REYNOLDS, JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 295. ROHR AIRCRAFT CORP. v. COUNTY OF SAN DIEGO ET AL. Appeal from the Supreme Court of California. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits and the case is transferred to the summary calendar. *Leroy A. Wright* for appellant. *Carroll H. Smith* and *Duane J. Carnes* for the County of San Diego, appellee.